OPINION — AG — **** A CONCURRENT RESOLUTION PASSED BY A SESSION OF THE OKLAHOMA LEGISLATURE WHICH DOES NOT MEET THE CRITERIA OF BECOMING LAW, IS MERELY AN EXPRESSION OF OPINION OF THAT PARTICULAR BODY AND HAS NO BINDING EFFECT ON A SUBSEQUENT SESSION OF THE LEGISLATURE. CITE: ATTORNEY GENERAL'S OPINION NO. 64-153 DAVID L. RUSSEL --- SEE: OPINION NO. 88-033 (1989) --- ABOVE OPINION CITE WRONG: SEE: 80-033A ** SEE: OPINION NO. 77-152 (1977) **